No. 01–8414. MOSQUEDA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–908. METRO-NORTH COMMUTER RAILROAD CO. *v.* ROBINSON ET AL. C. A. 2d Cir. Motion of United States Chamber of Commerce for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–972. PENNSYLVANIA PUBLIC UTILITY COMMISSION *v.* CITY OF CHESTER ET AL. Commw. Ct. Pa. Motion of National Railroad Passenger Corporation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–973. GRAVES, WARDEN *v.* HUSS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–1054. LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ET AL. *v.* LABOR/COMMUNITY STRATEGY CENTER ET AL. C. A. 9th Cir. Motion of Foothill Transit et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 01–7229. ROSE *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner to consolidate this case with No. 01–488, *Ring* v. *Arizona* [certiorari granted, 534 U. S. 1103], denied. Certiorari denied.

No. 00–7994. COVILLION *v.* COVILLION, 531 U. S. 1199;

No. 00–9805. HART *v.* KITZHABER, GOVERNOR OF OREGON, ET AL., 534 U. S. 834;

No. 00–10050. WILLIAMS *v.* CITY OF COLORADO SPRINGS ET AL., 534 U. S. 840;

No. 00–10387. CAMBRELEN *v.* UNITED STATES, 534 U. S. 855;

No. 00–10547. WILLIAMS *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, ET AL., 534 U. S. 864;

No. 00–10619. DUKES *v.* UNITED STATES POSTAL SERVICE, 534 U. S. 869;

No. 00–10859. HINTON *v.* GENERAL MOTORS CORP., 534 U. S. 883;

No. 01–80. BRYANT *v.* UNITED STATES, 534 U. S. 889;

No. 01–296. STOIANOFF v. COMMISSIONER OF MOTOR VEHICLES OF NEW YORK, 534 U. S. 954;

No. 01–489. IN RE STEPHENS, 534 U. S. 1017;

No. 01–647. LIZZI v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL., 534 U. S. 1081;

No. 01–890. IN RE BALL, 534 U. S. 1112;

No. 01–5219. HAPPEL v. UNITED STATES, 534 U. S. 1104;

No. 01–5321. PENIGAR v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 916;

No. 01–5632. CHAMBERLAIN v. SHANKS, WARDEN, ET AL., 534 U. S. 960;

No. 01–6246. COLE v. UNITED STATES, 534 U. S. 980;

No. 01–6496. SLEZAK v. MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, 534 U. S. 1047;

No. 01–6558. DAWSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 1048;

No. 01–6702. JOHNSON v. JOHNSON ET AL., 534 U. S. 1067;

No. 01–6837. WILLIAMS v. MANHATTAN EAST SUITES HOTELS ET AL., 534 U. S. 1087;

No. 01–6843. NAMAZI v. UNIVERSITY OF CINCINNATI COLLEGE OF MEDICINE ET AL., 534 U. S. 1087;

No. 01–6982. FLOYD v. NORTH CAROLINA, 534 U. S. 1092;

No. 01–6983. DAKER v. GEORGIA, 534 U. S. 1093;

No. 01–6984. DAKER v. GEORGIA, 534 U. S. 1093;

No. 01–7188. CAMPBELL v. UNITED STATES, 534 U. S. 1098; and

No. 01–7290. MARIN, AKA VALDEZ v. UNITED STATES, 534 U. S. 1108. Petitions for rehearing denied.

No. 00–10011. KING v. LAPPIN, WARDEN, 534 U. S. 840;

No. 01–6040. SMOOT v. UNITED TRANSPORTATION UNION ET AL., 534 U. S. 1001; and

No. 01–6451. THOMAS v. UNITED STATES, 534 U. S. 1009. Motions for leave to file petitions for rehearing denied.

No. 01–219. ROBINSON v. UNITED STATES, 534 U. S. 895. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.